# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

April 28, 2016

United States District Court
Eastern District of Texas
101 East Pecan Street, Room 216
Sherman, Texas 75090

        Re: USA v. MATTHEW WHITE
        Eastern District of Texas Cause Number: 4:11CR00127−017
        Southern District of Indiana Cause Number: 1:16−cr−00088−TWP−DKL

Dear Clerk:

      Enclosed please find the original Transfer of Jurisdiction, Form 22, accepting jurisdiction of the above case as to MATTHEW WHITE.

      Please forward certified copies of the docket sheet, charging instrument, judgment, transfer of jurisdiction form, defendant's Case Inquiry Report from your financial office, and any other relevant case documents to the Indianapolis division office address shown above.

                                           Sincerely,

                                           Laura A. Briggs, Clerk

                                           By: <u>s/Janell L Smiley</u>
                                                   Janell L Smiley, Deputy Clerk

cc: USA